## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **CONNIE WILLIAMS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION NO.:** |
| | ) |
| **GENERAL ELECTRIC,** | ) |
| | ) |
|     **Defendant.** | ) |

___

### MOTION TO WITHDRAW
___

    COMES NOW, the Plaintiff's counsel of record, Tammy Shamsie-McCabe, and would file this Motion to Withdraw from this matter based on the following good and sufficient reasons:

    1. That there has arisen an irretrievable material breakdown in attorney-client communication.

    2. Due to this irretrievable material breakdown which has arisen between the undersigned and the Plaintiff, the undersigned will be unable to effectively and properly continue representing the Plaintiff herein.

    WHEREFORE, PREMISES CONSIDERED, the undersigned prays this Honorable Court to enter its order allowing withdrawal herein.

    Respectfully submitted on this the 15th day of November, 2012,

                                       /s/ Tammy Shamsie-McCabe_____
                                       Tammy Shamsie-McCabe (SHA084)

OF COUNSEL:

Tammy Shamsie-McCabe
Shamsie-McCabe Law Firm, PLLC
7600 Highway 72 W, Suite 102
Madison, AL 35758
Phone: (256) 489-3375

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the Plaintiff, Connie Williams by U.S. Mail , postage prepaid, and properly addressed and/or by private process server on this the 15th day of November, 2012, as follows:

Ms. Connie Williams
3906 Boxwood Ln. SW
Decatur, AL 356031

/s/ Tammy Shamsie-McCabe_____
Tammy Shamsie-McCabe (SHA084)