FILED
2013 Feb-19 PM 05:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CONNIE WILLIAMS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 1:12-cv-03869-SLB |
| GENEREL ELECTRIC, ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF DAVID ROYER

1. My name is David Royer. I am over the age of 19 years and otherwise competent to give sworn testimony, and I have personal, first-hand knowledge of the matters set forth in this Declaration.

2. I am employed by General Electric Company ("GE") as the Mission One Build Coordinator at its Appliances plant in Decatur, Alabama. I have had this position since November 2012. Prior to that, I was the Human Resources Manager at the Decatur, Alabama GE site from August 2009 to April 2012.

3. The Plaintiff in this case, Connie Williams, was hired by GE in January 1995 as a Processor 1, working general assembly at the Decatur, Alabama site.

4. The Decatur plant produces refrigeration units. These units are

1

shipped all over the United States and abroad. For example, we deliver our product to New York, Illinois, Florida, and South America.

5. As Human Resources Manager, I was responsible for all employee relations issues including wages, benefits, hiring, firing, employee complaints, and implementation of the SOLUTIONS process. The SOLUTIONS program was implemented in December 2009 in order to allow GE and its employees to handle disputes at the local level. The program has four steps which include (1) discussion between an employee and his immediate supervisor and/or Human Resources representative and investigation of the dispute; (2) discussion between an employee and the next higher level manager and/or a Human Resources representative; (3) mediation; and (4) final and binding arbitration. All employees, regardless of their hire date, are bound by the results of arbitration.

6. In November 2009, the SOLUTIONS program was first introduced to employees through the company-wide newsletter. A true and correct copy of the SOLUTIONS overview found in the November 2009 newsletter is attached herein as Exhibit C. Employees received hard copies of this newsletter, and it was also made available on a special site specifically for the GE Decatur plant. This website is available to every Decatur employee at computer stations throughout the plant. Specifically, these computer locations include: the floor, the cafeteria, each

2

department, and the learning center. Later, around April 2010, our Business Team Leaders asked each employee to sign an Acknowledgment that they had received an overview of SOLUTIONS and that they were informed as to where further SOLUTIONS information could be accessed. Ms. Connie Williams, who was employed by GE at the time, received the SOLUTIONS overview and signed the SOLUTIONS Program Acknowledgment sheet. A true and correct copy of the SOLUTIONS Program Acknowledgment sheet is attached herein as Exhibit D.

7. Employees were also informed that the SOLUTIONS handbook could be found with a Human Resources representative. A true and correct copy of the SOLUTIONS handbook is attached herein as Exhibit B.

8. By signing the SOLUTIONS Program Acknowledgment Form and continuing her employment with GE after learning of the SOLUTIONS process, she agreed to be bound by the terms of the SOLUTIONS program.

9. On August 31, 2011, Ms. Williams filed a charge of discrimination alleging race and disability discrimination.

10. Ms. Williams did not engage the SOLUTIONS process for the resolution of her claims listed above, despite her agreement to do so. In order to begin the SOLUTIONS process, an employee must fill out a SOLUTIONS Issue Resolution Procedure Form for each step in the program. Ms. Williams did not fill

out the required form, nor did she engage in any way in the SOLUTIONS process.

11.  Nothing in the SOLUTIONS procedure was intended to discourage or restrict an employee from filing a charge with the EEOC, rather, once an employee has made said charge, it is the right of either party to request that the claim be deferred pending exhaustion of the SOLUTIONS process.

12.  In accordance with the SOLUTIONS program, Ms. Williams was required to submit her claims of discrimination and retaliation to the SOLUTIONS process. At this time, GE is ready, willing, and able to waive steps 1 and 2 and began the SOLUTIONS process at step 3, mediation.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 19th day of February, 2013.

_____
David Royer

4