FILED
2013 Feb-19 PM 05:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

GE has rolled out an ADR procedure called **Solutions** to all U.S. employees based in the U.S. or U.S. citizens working elsewhere (hourly and salary) who continue their employment, will be deemed covered by this procedure. Copies of a detailed outline will be available in the Human Resource department or on the Decatur Home Page (coming soon).

*Below is an illustration of how the Solutions resolution program will flow from the time a dispute is identified.*



## The SOLUTIONS ADR Process

**Claims**: Employees may raise any claim or issue during the Informal Process or at Level I and Level II

**I: Document and Review of Claim** — Employee discusses problem or concern with direct manager, HR Rep, and/or Ombudsperson (INTERNAL)

**II: Expanded Review of Claim** — Employee states concern in writing and employee meets with manager and HR Rep (INTERNAL)

**III: Expanded Review of Claim** — Employee meets with higher level manager and HR Rep (INTERNAL)

**Claims**: Employees may raise *covered claims only* (claims involving legally protected rights such as employment discrimination, layoffs, and discharges) at Level III and Level IV

**III: Mediation** — Neutral third party helps the parties reach a mutually acceptable agreement (EXTERNAL)

**IV: Arbitration** — Neutral third party reviews evidence and renders a decision (EXTERNAL)

**What is SOLUTIONS (Alternate Dispute Resolution Program)?**
- SOLUTIONS is an effective procedure for resolving disputes arising from an individual's employment.

**Why are we doing this?**
- To provide employees with a formal, documented process through which to address their employment issues.
- To resolve disputes which could not be settled through informal channels
- To allow for a faster resolution to employment issues than through the judicial system or an outside government agency

**SOLUTIONS will supplement, *not replace*, other processes, including:**
- The GE and GE Consumer and Industrial Ombudsperson programs
- One-on-one discussions with a manager
- Peer review panels (HOURLY EMPLOYEES ONLY)

**What is the Process?**
- Levels I & II involve internal meetings with increasing levels of management
- Levels III & IV involve external meetings with a neutral third party (mediator and arbitrator, respectively) provided by the American Arbitration Association
- All meetings and procedures will be held near the employee's work location