FILED
2013 Apr-09 PM 04:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

Connie Sue Williams

3906 Boxwood Lane SW

Decatur, Alabama  35603

256-654-0742

To Whom It May Concern:

My name is Connie Sue Williams that has been employed by General Electric in Decatur Alabama since January 16, 1995. I was so grateful to God for allowing me the opportunity to get a job with the rate of pay and benefits that would allow me as a single parent at the time take care of my two sons. I worked very hard and I used my benefits to my advantage by going back to school to acquire skills so that eventually I could leave GE and work in a not so critical job as my health was concerned. I went back to school and in 2005 I graduated with a B.S in Behavioral Science from Athens State University. I later received a Masters in Counseling Psychology with a concentration in Rehabilitation Counseling in 2009 from Alabama A&M University. I started a PhD in Health Administration. I had to stop my education due to health issues acquired from working at GE.

I had a supervisor (BTL) Kathy Edmonson Wright that made my job and life at GE a living hell. I have been denied the opportunity of going to the restroom and was made to sit in a chair on my job with my clothes messed up with blood because of being on my cycle. I tried to go home to change and was told by Mrs. Wright and Human Resources that if I left I would be put in the system because I had no personal time left. I explained to Human Resources had Mrs. Wright allowed me to go to the restroom my clothes never would have been messed up. I was still denied the right to leave without facing a right up. This situation happened to me twice by Kathy Wright and on one occasion a co-worker Carlos Ann Fletcher tried to help me clean the blood up. The second time I was headed to the front door to leave work crying and was stopped by a co-worker Darita Baker and after telling her my situation she got a white coat used for certain line workers and made me a jacket long enough to hide my clothes so that I could stay at work. I have been on the line working and a supervisor Wayne Hooper came up to me in front of the entire line and started talking negative about me and asked me can't I buy me some clothes to fit and I said why don't you buy me some if it concerns you so he hand me a $20.00 bill and everyone was laughing so not to cry and stay strong I took the $20.00 and said thank you the persons that were on the line were Katie Mae Smith, Delores Malone, Karen Shalanegan, Jean Parker, etc. I was sitting at my work station and Shawn Black a engineer came to my work station in the presence of others Carlos Ann Fletcher and ask me why haven't GE fired me yet. I



had a panic attack and my blood pressure was elevated to a dangerous level and the ambulance had to take me to Parkway Medical Hospital. I have had a BTL Scott Wallace follow me from the back of the plant all the way to the front to clock out and was talking bad about my sons telling me I had the worse kids in the world. I was so upset but Delores Malone and Gloria told me come on let's go to our cars it's not worth it.

The thing that crossed the line was on July 11, 2011 I asked Kathy Wright if I could not work over on July 12, 2011 because I had doctors about with Dr Dang in Huntsville AL. Kathy allowed me to leave work on time in order to make it to my appointment on time. The next day July 13, 2011 I received a phone call from Dr Dang's office and I was told my blood count was low and that I had to come in on Friday July 15, 2011 and Monday July 18, 2011 to receive IV Iron treatment. I immediately reported this to Kathy Wright. Kathy Wright started screaming at me telling me I need to get a hysterectomy. I told Kathy that I had no control over when my blood gets low but I could die without the correct amount of blood and that I would be in the hospital on July 15, 2011 and July 18, 2011. I had already called short term disability and told them that I would be off on the July 15 and July 18 2011 and I went to the nurse to get a copy so that I would have followed every procedure for taking short term disability. When I returned back to work I thought everything was ok but on July 20th 2011 I was written up for a no call no show. I told Kathy Wright that she knew I would be off and I was not going to allow her to right me up on a fake right up. I then went to Neal Lumpkin, Tyrone Orr, and Kathy Wright. Neal Lumpkin told me after showing him that I had all the necessary documents and that I was in the hospital he told me he was on Kathy Wright's side and that I was back up to my old tricks. I was denied the right to the solutions process and so I asked to talked to David Royer. I spoke with David Royer and was told that it was my word against Kathy Wright. I stressed to David that I was in the hospital and under the law I had to give my employer a reasonable accommodation and I did I showed him that I set up my short term disability on July 13, 2011 two days prior to taking off but he sided with Kathy and I was denied the solutions process again. I then asked David Royer if he could set up me an appointment to talk to Tom Rossi but I was denied that and was told I better just leave well enough alone and that the right up would only be in my record for 6 months. I told David Royer I had did nothing wrong and that I did not want to hurt GE but I would fight them on this and I will not be mistreated again for nothing.

I then went to the EEOC and filed a charge of discrimination/disability. I was working on Kathy Wright's line and I was rotating twice a day. There was people ex. Kelly Sapp who did not rotate at all. There were other people (Myra), who only rotated one time. Kathy put me on a three way rotation on a critical job; Carol Gram who was already injured from the job. I told Kathy I had already had two surgeries on my right arm and my arm was not strong enough to perform the job. I did the job as long as I could and reinjured my elbow. I went up front and talked to David Royer but instead of him doing the right thing he allowed me to leave the line and I was able to select a job on my own. I had a lot of people angry with me because they knew I did not get the job by bidding and they wanted the job. Everything was going good as far as me



court system. GE stated that they did not know I had a disability and this is not true. I have proof and documentation that GE hired me knowing I had hypertension. The work related stress could have caused me to have a stroke. GE also knew that I had gastric bypass and I received intravenous iron infusion/treatments for years. GE also know that I sustained two work related injuries to my right arm and I had two surgeries in 2004. I was outraged to read that GE/HR said they were unaware of any disabilities that I had. Again I plead with the courts not to dismiss my claim. I have proof and documented facts that I was treated very bad by Kathy Wright, Neil Lumpkin, David Royer, and Tom Rossi.

Sincerely

*Connie S Williams*

Connie S Williams