

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CONNIE WILLIAMS,** | ) |
| **Plaintiff,** | ) |
| v. | ) CASE NO. 1:12-cv-3869-SLB |
| **GENERAL ELECTRIC,** | ) |
| **Defendant.** | ) |

## ORDER

This case is before the court on the Joint Stipulation of Dismissal With Prejudice. (Doc. 18.)[1]  The court hereby **ORDERS** that the above-referenced matter is **DISMISSED WITH PREJUDICE**.  The parties shall bear their own respective costs.

**DONE** this 17th day of November, 2014.

_Sharon Lovelace Blackburn_
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.